UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MICHAEL WILLIAMS,           )
        Petitioner,       )
                          )
v.                          )  Case No. 3:15-CV-292 JD
                          )
SUPERINTENDENT,             )
        Respondent.       )

## OPINION AND ORDER

Michael Williams, a *pro se* prisoner, filed this habeas corpus case challenging two prison disciplinary hearings (WCC 15-04-0090 and WCC 15-04-0091) held at the Westville Correctional Facility on April 16, 2015. After he filed this petition, the Indiana Department of Correction ("IDOC") vacated the guilty finding and remanded the case for a new hearing. (DE 9-1.) Based on the IDOC's action, the respondent moves to dismiss the petition as moot. (DE 9.) As the respondent points out, because the guilty finding has been vacated and the case remanded for a new hearing, there is at present nothing for this court to review. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison disciplinary determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement).

Williams was granted up to November 30, 2015, in which to file a response. (DE 11.) He was cautioned that if he failed to respond by the deadline, the court would rule on the motion without waiting any longer. (*Id.*) The deadline has passed and Williams has not responded to the motion. Nevertheless, Williams has succeeded here as his charges and sanctions have been reversed. Thus, this case must be dismissed because there is no case or controversy to adjudicate. *Hadley*, 341 F.3d at 664. Accordingly, the petition will be dismissed. If Williams is dissatisfied with the results of the

new hearing, he is free to file a new habeas petition after exhausting his administrative remedies.

For these reasons, the court **GRANTS** the motion to dismiss (DE 9) and **DISMISSES** this case.

SO ORDERED.

ENTERED: December 15, 2015

      /s/ JON E. DEGUILIO
Judge
United States District Court